UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-05556 SJO (PJWx) | Date | January 19, 2016 |
|---|---|---|---|
| Title | David Kaup v. Alicia Sundstrom et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**     IN CHAMBERS :

On October 16, 2015, the Court held that Plaintiff must pay the reduced initial filing fee of $60.00 by December 21, 2015.  The Court stated that the '[f]ailure to [] remit the initial partial filing fee by this date may result in dismissal of the case.  JS-6

|  | : |
|---|---|
| Initials of Preparer | vpc |